

**FILED**
CLERK, U.S. DISTRICT COURT

September 22, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IM___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BENNETT<br><br>Defendant. | Case No. 2:20-MJ-04368<br><br>ORDER OF DETENTION |

On September 15, 2020, Defendant Michael Bennett made his initial appearance in this district on the criminal complaint filed in the Southern District of Florida. Deputy Federal Public Defender Bina Ahmad was appointed to represent Defendant. A detention hearing was held.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Ties to a foreign country.

☒ Numerous aliases.

☒ Minimal ties to the Central District of California.

☒ Previous deportation.

☒ Current allegations that Defendant committed passport fraud and identity theft.

As to danger to the community:

☒ Current allegations that Defendant committed passport fraud and identity theft.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Southern District of Florida for further proceedings. This Order is without prejudice. <u>The Court directed both government counsel and defendant's counsel to follow up with</u>

1  government counsel in the Southern District of Florida regarding Defendant's next
2  scheduled appearance, and the status of Defendant's transportation to, and arrival
3  in, the charging district for the appearance.

5      The defendant will be committed to the custody of the Attorney General for
6  confinement in a corrections facility separate, to the extent practicable, from
7  persons awaiting or serving sentences or being held in custody pending appeal.
8  The defendant will be afforded reasonable opportunity for private consultation
9  with counsel.  On order of a Court of the United States or on request of any
10 attorney for the Government, the person in charge of the corrections facility in
11 which defendant is confined will deliver the defendant to a United States Marshal
12 for the purpose of an appearance in connection with a court proceeding.
13 [18 U.S.C. § 3142(i)]

Dated: September 22, 2020

PATRICIA DONAHUE
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE